UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **STEPHEN PAUL AMELONG**, | ) | Case Number: **18-43371-399** |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | **Response to Trustee's Objection** |
| | ) | **to Claim 2** |
| | ) | Filed by Debtor |
| | ) | |
| | ) | Jack J. Adams #37791MO #37791 |
| | ) | Adams Law Group |
| | ) | 1 Mid Rivers Mall Drive, Ste. 200 |
| | ) | St. Peters, Missouri 63376 |
| | ) | (636) 397-4744 / Fax (636) 397-3978 |
| | ) | |
| | ) | Regarding Document Number: **69** |

## RESPONSE TO TRUSTEE'S OBJECTION TO CLAIM 2

COMES NOW Debtor Stephen Paul Amelong, by and through his undersigned counsel, and for his Response to Trustee's Objection to Claim 2, states to the Court as follows:

1. Diana S. Daugherty ("Trustee") objects to US Bank Trust NA Trustee's Claim 2 because it appears the arrearage portion of the claim any post-petition mortgage supplements have been forgiven per a loan modification.

2. Debtor supports the Trustee's position and requests that Trustee's Objection be sustained.

WHEREFORE, Debtor Stephen Paul Amelong prays this Honorable Court make and enter its Order sustaining the Trustee's Objection to Claim 2; and for such other and further relief as the Court deems just and proper.

1

        Respectfully submitted,
**ADAMS LAW GROUP**

/s/ Bryan T. Voss
JACK J. ADAMS #37791MO #37791
BRYAN T. VOSS #48029MO #48029
Attorney for the Debtor
1 Mid Rivers Mall Drive, Ste. 200
(636) 397-4744 / Fax (636) 397-3978
contact@thinkadamslaw.com

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on August 18, 2020 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on August 18, 2020:

Stephen Paul Amelong
1036 Providence Pointe Drive
Wentzville, MO 63385

US Bank Trust NA Trustee
PO Box 660820
c/o SN Servicing Corp
Dallas, TX 75266-0820

US Bank Trust NA Trustee
323 5th St
c/o SN Servicing Corp
Eureka, CA 95501-0305

Millsap & Singer PC
612 Spirit Dr.
Chesterfield, MO 63005-1259

/s/ Ryan J. Brown
Ryan J. Brown

2