UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 18-43371-399 |
| Stephen Paul Amelong ) | |
| ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| U.S. Bank Trust National Association, as ) | |
| Trustee of the BKPL Series I trust ) | |
| ) | |
| Creditor, ) | |
| ) | |

Property Address: 1036 Providence Pointe, Wentzville, MO 63385

Account number: XXXXXX6107

Court Claim Number: 2

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**U.S. Bank Trust National Association, as Trustee of the BKPL Series I trust** ("Creditor") hereby responds to that certain Notice of Final Cure Payment dated **September 24, 2020** and filed as Docket Number **84**

### Pre-Petition Default Payments

☑   Agrees that the full amount required to cure the default on the Creditor's claim has been paid.

☐   Disagrees that the full amount required to cure the default on the Creditor's claim has been paid and states the total amount due to cure pre-petition arrears is:

Total Amount Due:

Attached as an Exhibit is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.



## Post-Petition Default Payments

☐ Agrees the loan is current with respect to all payments consistent with Section 1322(b)(5) of the Bankruptcy Code.

☑ Disagrees that the loan is current with respect to all payments consistent with Section 1322(b)(5), and states that the total amount due to cure the post-petition arrears is:

Total Amount Due: $3,071.45

Itemized payment history:
If Creditor disagrees with respect to Pre-Petition Default Payments or Post-Petition Default Payments, attached as an Exhibit is an itemized account of the amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified do not reflect amounts that become due or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this Response to the Cure Notice.

The amounts identified as due on this response may not, due to timing, reflect all payments sent to the Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Cure Statement but which have not yet been received and/or processed by the Creditor.

Dated October 13, 2020

        Respectfully Submitted,
        Millsap & Singer, LLC

        */s/ Stewart C. Bogart*
        Cynthia M. Kern Woolverton, #47698, #47698MO
        Stewart C. Bogart, #67956, #67956MO
        Muhammad Esa Ahmed, #70619, #70619MO
        Christopher D. Lee, #63024, #63024MO
        Attorneys for Movant
        612 Spirit Drive
        St. Louis, MO
        Telephone: (636) 537-0110
        Facsimile: (636) 537-0067
        bkty@msfirm.com

        Attorneys for U.S. Bank Trust National Association, as Trustee of the BKPL Series I trust



# **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on October 13, 2020, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                            */s/ Stewart C. Bogart*


**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Jack Justin Adams
    contact@thinkadamslaw.com

    Diana S. Daugherty
    standing_trustee@ch13stl.com

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Stephen Paul Amelong
    1036 Providence Pointe Drive
    Wentzville, MO 63385



323 Fifth Street, P O Box 35, Eureka, CA 95501



# SN SERVICING CORPORATION

## REINSTATEMENT LETTER

| **To:** | Marissa Fuller | **From:** | Payoff Department |
|---|---|---|---|
| | | **Pages:** | |
| **Fax:** | | **Date:** | 09/28/20 |
| **Re:** | - Amelong | **CC:** | |

### Good to 10/15/20

| | | | | |
|---|---|---|---|---|
| 1 | PAYMENT DUE 09/01/20 | | $1,473.43 | 1,473.43 ** |
| 1 | PAYMENT DUE 10/01/20 | | $1,598.02 | 1,598.02 ** |
| | ~~OWED BY BORROWER~~ | | ~~(Escrow)~~ | ~~588.41~~ |

### REINSTATEMENT TOTAL            ~~$3,659.86~~    **$3,071.45

**Payments Include Escrow

The following figures are subject to final verification by the note holder. The mortgagee reserves the right to withhold the issuance of the satisfaction of mortgage until all funds due are received by our office.

### PAY OFF INSTRUCTIONS/INFORMATION:
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received after 12:00 noon will be processed on the next business day and interest will be charged through that date.
- All pay off figures are subject to clearance of funds in transit. The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

### REMITTANCE INFORMATION:

**Make checks payable to: BKPL Series I Trust**

**Mailing Address:**
SN Servicing Corporation
BKPL Series I Trust
PO BOX 660820
DALLAS, TX 75266-0820

**Express Mail Address:**
Bank of Texas
c/o Remittance Services, Dept 41548
2200 N Highway 121
Grapevine, TX 76051

**Wiring Instructions:** Lockbox #▮   ABA #▮   Investor ID: ▮   Investor Name: BKPL Series I Trust

Case 18-43371   Doc 85   Filed 10/13/20   Entered 10/13/20 14:45:06   Main Document
Pg 5 of 5

| Amelong | | | | | | | Interest Method: | | Arrears | | **Borrower pays Ongoing / Arrearages cured 2019 via Loan Mod effective 10/01/19 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Loan | | | | | | | Interest Rate: | | 5.625% | **BK Filed 05/22/18 - Case #18-43371 | | | | | | | | | | |
| Trans Date | Days | Due Date / Description | Transacti on Amt | P&I Amt Pd | Mo Acc Int | Cum Acc Int | Pd Interest | Principal | Escrow Bal | Escrow Disb/Pmt | Post Mod Arrearage & PPFN funds | Post Mod Arrearage & PPFN funds | Late Balance | Late Fees/pmts | Suspense | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/19 | | LOAN MOD EFFECTIVE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 10/07/19 | | PPFN Pmt | 4.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 4.19 | 4.19 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 10/07/19 | | PPFN Pmt | 2.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 6.30 | 2.11 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 10/07/19 | | Arrears | 859.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 865.90 | 859.60 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 11/07/19 | | PPFN Pmt | 4.19 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 870.09 | 4.19 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 11/07/19 | | PPFN Pmt | 2.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 872.20 | 2.11 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 11/07/19 | | Arrears | 859.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.57 | 0.00 | 1731.31 | 859.11 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 11/12/19 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (23.57) | (47.14) | 1731.31 | 0.00 | 0.00 | 0.00 | 866.57 | 154,100.18 |
| 11/22/19 | 30 | 10/01/19 | 1,494.02 | 1,003.63 | 722.34 | 722.34 | 722.34 | 281.29 | 466.82 | 490.39 | 1731.31 | 0.00 | 0.00 | 0.00 | 866.57 | 153,818.89 |
| 11/25/19 | | Tax Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,347.33) | (1,814.15) | 1731.31 | 0.00 | 0.00 | 0.00 | 866.57 | 153,818.89 |
| 11/29/19 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,370.90) | (23.57) | 1731.31 | 0.00 | 0.00 | 0.00 | 866.57 | 153,818.89 |
| 12/12/19 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,394.47) | (23.57) | 1731.31 | 0.00 | 0.00 | 0.00 | 866.57 | 153,818.89 |
| 12/23/19 | 30 | 11/01/19 | 1,494.02 | 1,003.63 | 721.03 | 721.03 | 721.03 | 282.60 | (904.08) | 490.39 | 1731.31 | 0.00 | 0.00 | 0.00 | 866.57 | 153,536.29 |
| 01/07/20 | | PPFN Pmt | 8.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (904.08) | 0.00 | 1739.71 | 8.40 | 0.00 | 0.00 | 866.57 | 153,536.29 |
| 01/07/20 | | PPFN Pmt | 4.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (904.08) | 0.00 | 1743.93 | 4.22 | 0.00 | 0.00 | 866.57 | 153,536.29 |
| 01/07/20 | | Arrears | 1,717.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (904.08) | 0.00 | 3460.99 | 1717.06 | 0.00 | 0.00 | 866.57 | 153,536.29 |
| 01/27/20 | 30 | 12/01/19 | 1,493.04 | 1,003.63 | 719.70 | 719.70 | 719.70 | 283.93 | (413.69) | 490.39 | 3460.99 | 0.00 | 0.00 | 0.00 | 866.57 | 153,252.36 |
| 01/29/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | (23.57) | 3460.99 | 0.00 | 0.00 | 0.00 | 866.57 | 153,252.36 |
| 02/05/20 | | Arrears | 858.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | 0.00 | 4319.33 | 858.34 | 0.00 | 0.00 | 865.59 | 153,252.36 |
| 02/05/20 | | PPFN Pmt | 4.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | 0.00 | 4323.53 | 4.20 | 0.00 | 0.00 | 865.59 | 153,252.36 |
| 02/05/20 | | PPFN Pmt | 2.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | 0.00 | 4325.64 | 2.11 | 0.00 | 0.00 | 865.59 | 153,252.36 |
| 03/03/20 | | Arrears | 858.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | 0.00 | 5183.84 | 858.20 | 0.00 | 0.00 | 865.59 | 153,252.36 |
| 03/03/20 | | PPFN Pmt | 2.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | 0.00 | 5185.95 | 2.11 | 0.00 | 0.00 | 865.59 | 153,252.36 |
| 03/03/20 | | PPFN Pmt | 4.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (437.26) | 0.00 | 5190.16 | 4.21 | 0.00 | 0.00 | 855.59 | 153,252.36 |
| 03/09/20 | 30 | 01/01/20 | 1,493.04 | 1,003.63 | 718.37 | 718.37 | 718.37 | 285.26 | 53.13 | 490.39 | 5190.16 | 0.00 | 0.00 | 0.00 | 864.61 | 152,967.10 |
| 03/23/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29.56 | (23.57) | 5190.16 | 0.00 | 0.00 | 0.00 | 864.61 | 152,967.10 |
| 03/24/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.99 | (23.57) | 5190.16 | 0.00 | 0.00 | 0.00 | 864.61 | 152,967.10 |
| 04/06/20 | | PPFN Pmt | 4.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.99 | 0.00 | 5194.37 | 4.21 | 0.00 | 0.00 | 864.61 | 152,967.10 |
| 04/06/20 | | PPFN Pmt | 2.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.99 | 0.00 | 5196.48 | 2.11 | 0.00 | 0.00 | 864.61 | 152,967.10 |
| 04/06/20 | | Arrears | 858.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.99 | 0.00 | 6054.57 | 858.09 | 0.00 | 0.00 | 864.61 | 152,967.10 |
| 04/06/20 | 30 | 02/01/20 | 1,500.00 | 1,003.63 | 717.03 | 717.03 | 717.03 | 286.60 | 496.38 | 490.39 | 6054.57 | 0.00 | 0.00 | 0.00 | 870.59 | 152,680.50 |
| 04/22/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 472.81 | (23.57) | 6054.57 | 0.00 | 0.00 | 0.00 | 870.59 | 152,680.50 |
| 04/22/20 | 30 | 03/01/20 | 2,753.91 | 1,003.63 | 715.69 | 715.69 | 715.69 | 287.94 | 942.61 | 469.80 | 6054.57 | 0.00 | 0.00 | 0.00 | 2,151.07 | 152,392.56 |
| 04/22/20 | 30 | 04/01/20 | 0.00 | 1,003.63 | 714.34 | 714.34 | 714.34 | 289.29 | 1,412.41 | 469.80 | 6054.57 | 0.00 | 0.00 | 0.00 | 677.64 | 152,103.27 |
| 05/05/20 | | PPFN Pmt | 4.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,412.41 | 0.00 | 6058.78 | 4.21 | 0.00 | 0.00 | 677.64 | 152,103.27 |
| 05/05/20 | | PPFN Pmt | 2.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,412.41 | 0.00 | 6060.89 | 2.11 | 0.00 | 0.00 | 677.64 | 152,103.27 |
| 05/05/20 | | Arrears | 858.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,412.41 | 0.00 | 6918.91 | 858.02 | 0.00 | 0.00 | 677.64 | 152,103.27 |
| 05/18/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,388.84 | (23.57) | 6918.91 | 0.00 | 0.00 | 0.00 | 677.64 | 152,103.27 |
| 06/08/20 | | LOAN BOARDED TO SN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,388.84 | 0.00 | 6918.91 | 0.00 | 0.00 | 0.00 | 677.64 | 152,103.27 |
| 06/19/20 | 30 | 05/01/20 | 1,500.00 | 1,003.63 | 712.98 | 712.98 | 712.98 | 290.65 | 1,858.64 | 469.80 | 6918.91 | 0.00 | 0.00 | 0.00 | 704.21 | 151,812.62 |
| 06/01/20 | 30 | 06/01/20 - debit difference from escrow | 299.42 | 1,003.63 | 711.62 | 711.62 | 711.62 | 292.01 | 1,559.22 | (299.42) | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 151,520.61 |
| 07/28/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,450.78) | (4,010.00) | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 151,520.61 |
| 08/17/20 | 30 | 07/01/20 | 1,473.43 | 1,003.63 | 710.25 | 710.25 | 710.25 | 293.38 | (1,980.98) | 469.80 | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 151,227.24 |
| 08/25/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (2,051.69) | (70.71) | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 151,227.24 |
| 09/22/20 | 30 | 08/01/20 | 1,473.43 | 1,003.63 | 708.88 | 708.88 | 708.88 | 294.75 | (1,581.89) | 469.80 | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 150,932.48 |
| 09/24/20 | | Insurance Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,605.46) | (23.57) | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 150,932.48 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,605.46) | 0.00 | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 150,932.48 |
| | | **DUE FOR 09/01/20** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **(1,605.46)** | **0.00** | **6918.91** | **0.00** | **0.00** | **0.00** | **(0.00)** | **150,932.48** |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,605.46) | 0.00 | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 150,932.48 |
| | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (1,605.46) | 0.00 | 6918.91 | 0.00 | 0.00 | 0.00 | (0.00) | 150,932.48 |